## ROBERTS v. NAPIER BROTHERS.

FISH, C. J.  1. It is essential to the validity of an appeal in a justice's court, not in forma pauperis, that the appellant give bond and security for the eventual condemnation-money.  Civil Code, §§ 4140, 4458.

2. An instrument purporting to be an appeal bond, which is not signed by a surety, is fatally defective.  *Gordon* v. *Robertson*, 26 *Ga.* 410; *Mc-Murria* v. *Powell*, 120 *Ga.* 766, and cit.

                                *Judgment affirmed.  All the Justices concur.*

Submitted July 18,—Decided November 12, 1906.

Certiorari.  Before Judge Felton.  Bibb superior court.  January 3, 1906.

*John R. Cooper,* for plaintiff in error.  *R. L. Anderson,* contra.